No. 813. DONALD STEPHENS, PLAINTIFF IN ERROR, *v.* UNITED STATES. In error to the District Court of the United States for the District of Delaware. Motion to dismiss or affirm submitted May 20, 1918. Decided June 3, 1918. *Per Curiam.* Judgment affirmed upon the authority of *Selective Draft Law Cases,* 245 U. S. 366; *Yanyar* v. *United States,* 246 U. S. 649. *Mr. Henry Budd* for plaintiff in error. *The Solicitor General* for the United States.